UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY WEATHERS, on Behalf of Himself and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> V. <br><br> CAM FIELD SOLUTIONS LLC, <br><br> Defendant. | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. : 4:19-cv-4248 <br> JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION TO APPROVE NOTICE DOCUMENTS**

Plaintiff Randy Weathers, on behalf of himself and on behalf of all others similarly situated, files this Unopposed Motion to Approve Notice Documents would respectfully show the Court the following:

I.

On August 27, 2020, the Court granted Plaintiff's Motion for Conditional Certification (Docket Entry No. 38). One of the issues in controversy in the conditional certification briefing was the content of the notice that the putative class members would receive. In the Court's order, the Court resolved the notice issues that the Parties' addressed in their briefings (*Id.* at 20-21).

Plaintiff has made the edits to the notice per the Court's instructions. The new notice is attached hereto as Exhibit 1. Plaintiff's counsel has provided a copy of the notice to counsel for Defendant. Defendant's counsel has communicated their non-opposition to this notice.

II.

Plaintiff Weathers respectfully requests the Court approve his form of notice.

Respectfully submitted,

By: */s/ John Neuman*
Beatriz-Sosa Morris
SOSA-MORRIS NEUMAN, PLLC
BSosaMorris@smnlawfirm.com
Texas State Bar No. 24076154
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8844
Facsimile: (281) 885-8813

LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS

OF COUNSEL:
John Neuman
JNeuman@smnlawfirm.com
State Bar No. 24083560
SOSA-MORRIS NEUMAN, PLLC
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8630
Facsimile: (281) 885-8813

## **CERTIFICATE OF CONFERENCE**

I certify that on September 3, 2020 I provided a copy of the proposed notice attached to this motion as Exhibit A to counsel for Defendant. Defendant is not opposed to this form of notice.

/s/ John Neuman
John Neuman

## **CERTIFICATE OF SERVICE**

This is to certify that on September 3, 2020 a copy of the foregoing instrument was served upon counsel for all parties of record via the Court's electronic case filing system.

/s/ John Neuman
John Neuman