United States District Court
Southern District of Texas
**ENTERED**
September 09, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **RANDY WEATHERS, on Behalf of Himself and on Behalf of All Others Similarly Situated,** § § § § | |
| **Plaintiff,** § § | |
| **V.** § § | **CIVIL ACTION NO. : 4:19-cv-4248** **JURY TRIAL DEMANDED** |
| **CAM FIELD SOLUTIONS LLC,** § § § | |
| **Defendant.** § § § | |

**ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION TO APPROVE NOTICE DOCUMENTS**

On this day came to be considered Plaintiff's Unopposed Motion to Approve Notice Documents. The Court will GRANT Plaintiff's Motion.

THEREFORE, IT IS ORDERED that the notice and consent attached as Exhibit 1 to Plaintiff's Motion is approved to be distributed in accordance with the schedule provided in the Court's order granting Plaintiff's Motion for Conditional Certification (Docket Entry 38).

Signed on __September 9_____, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge